```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16410
   TASHA KASHAWN DOW
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8567


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 12/12/2006 and was confirmed 04/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/23/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    7087.00           .00        7087.00
WELLS FARGO                NOTICE ONLY     NOT FILED          .00            .00
COOK COUNTY TREASURER      NOTICE ONLY     NOT FILED          .00            .00
GUARDIAN NATIONAL ACCEPT   UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGMENT   UNSECURED       NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         745.38           .00            .00
ROUNDUP FUNDING LLC        UNSECURED       13506.80           .00            .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED          .00            .00
COOK COUNTY TREASURER      SECURED NOT I     906.13           .00            .00
PALISADES COLLECTION LLC   UNSECURED         496.62           .00            .00
NCO FINANCIAL              UNSECURED         679.55           .00            .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      2,428.00                     2,428.00
TOM VAUGHN                 TRUSTEE                                         665.00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                10,180.00

PRIORITY                                           .00
SECURED                                       7,087.00
UNSECURED                                          .00
ADMINISTRATIVE                                2,428.00
TRUSTEE COMPENSATION                            665.00
DEBTOR REFUND                                      .00
                       --------------       --------------
TOTALS                 10,180.00             10,180.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16410 TASHA KASHAWN DOW
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |